IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE: 4:18 CR-680 |
| vs. | : | |
| | : | JUDGE SARA LIOI |
| PAMELA S. PRIDDY, | : | |
| Defendant. | : | |

### MOTION TO WITHDRAW DEFENDANT'S MOTION TO DISMISS FOR PREJUDICIAL UNDUE DELAY

Now comes the Defendant Pamela S. Priddy, by and through her attorney Bradley Davis Barbin and respectfully requests to withdraw the Defendant's Motion to Dismiss for Prejudicial Undue Delay.

MEMORANDUM IN SUPPORT

1. The Defendant is engaged in discussions with the Government intended to resolve this matter.

2. The Defendant and her counsel agree the motion should be withdrawn for strategic and legal reasons.

3. Government counsel and court personnel have been previously notified of Defendant's intention to withdraw its motion, thereby ensuring that the government agents will not need

to attend said requested evidentiary hearing, and the Court's docket will not be adversely affected.

WHEREFORE, the Defendant respectfully withdraws its motion to dismiss for the foregoing reasons.

                    Respectfully submitted,

                    _____/S/ Bradley Davis Barbin__

                    Bradley Davis Barbin (0070298)
                    52 West Whittier Street
                    Columbus, Ohio 43206
                    614-445-8416 telephone
                    614-445-9487 facsimile
                    bbarbin@barbinlaw.com

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true copy of the foregoing *Defendant's Motion to Withdraw Defendant's Motion to Dismiss for Prejudicial Undue Delay* was served on Assistant United States Attorney Matt Kall, by virtue of filing through the CM/ECF electronic case filing system of the U.S. Courts, this 13th day of May, 2019.

                                            _____/S/ Bradley Davis Barbin__

                                          Bradley Davis Barbin (0070298)
                                               52 West Whittier Street
                                                   Columbus, Ohio 43206
                                               614-445-8416 telephone
                                               614-445-9487 facsimile
                                                         [bbarbin@barbinlaw.com](mailto:bbarbin@barbinlaw.com)