IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 4:18CR680 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | |
| PAMELA S. PRIDDY, | ) | MOTION TO CONTINUE |
| | ) | |
| Defendant. | ) | |

Now comes the United States of America, through Justin E. Herdman, United States Attorney, and Matthew B. Kall, Assistant U.S. Attorney, and files this Motion to Continue the Final Pretrial, scheduled for June 4, 2018.  After multiple meetings between the government and defense counsel, the government anticipates filing a motion to dismiss this indictment.  The U.S. Attorney orally approved this outcome on June 3rd, and the undersigned is awaiting formal written approval, which should be granted in the next 48 hours.

For these reasons, the undersigned requests this Court continue the Final Pretrial in contemplation of dismissal.

                                                                                                               Respectfully submitted,

                                                                                                               JUSTIN E. HERDMAN
                                                                                                                United States Attorney

By:    /s/ Matthew B. Kall
            Matthew B. Kall (NY: 3003738)
            Assistant United States Attorney
            United States Court House
            801 West Superior Avenue, Suite 400
            Cleveland, OH 44113
            (216) 622-3915
            (216) 522-8355 (facsimile)
            Matthew.B.Kall@usdoj.gov

2

CERTIFICATE OF SERVICE

    I hereby certify that on this 3rd day of June 2019 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

                                        /s/ Matthew B. Kall
                                        Matthew B. Kall
                                        Assistant U.S. Attorney